UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVDIP SINGH, | ) CASE NO. CV 08-4200-TJH (PJW) |
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| MICHAEL CHERTOFF, et al., | ) |
| Respondent. | ) |

The matter having been rendered moot by the release of Petitioner from custody, it is hereby adjudged that the Petition be and is hereby DISMISSED.

DATED:     7/23/09     .

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT COURT JUDGE